IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-MC-8-KS

| | |
|---|---|
| CDB CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALIGN TECHNOLOGY, INC.; SIMON ) | ORDER |
| AND SIMON PC, d/b/a CITY SMILES ) | |
| and VIP DENTAL SPAS, individually ) | |
| and on behalf of all others similarly ) | |
| situated; and MISTY SNOW et al, ) | |
| individually and on behalf of those ) | |
| similarly situated, ) | |
| ) | |
| Defendants. ) | |

On January 23, 2023, CDB Corporation ("CDB") filed a motion to quash subpoenas issued by Defendants in connection with an action pending in the United States District Court for the Northern District of California. (Mot. Quash [DE #1].) CDB having since withdrawn that motion (Notice Withdrawal [DE #5]), the clerk is directed to terminate the motion to quash [DE #1] and close this case.

This 12th day of April 2023.

KIMBERLY A. SWANK
United States Magistrate Judge